North Bronx Medical Health Care, as Assignee of Luis Restituyo, Respondent,
against
Chubb Insurance Company, Appellant.




Matthew Brew & Associates, LLC (Matthew Brew, Esq.), for appellant.
The Gitelis Law Firm, P.C., for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Queens County (Ulyssses Bernard Leverett, J.), entered July 21, 2014. The order denied defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant appeals from an order of the Civil Court which denied defendant's motion which sought summary judgment dismissing the complaint upon the ground that plaintiff's assignor had failed to appear for duly scheduled independent medical examinations.
For the reasons stated in Kappa Med., P.C. v Chubb Indem. Ins. Co. (___ Misc 3d ___, 2017 NY Slip Op ____ [appeal No. 2015-49 Q C], decided herewith), the order is affirmed.
PESCE, P.J., ALIOTTA and SOLOMON, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: September 15, 2017